The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUWAT SUWANSATHIT,<br><br>Plaintiff,<br>v.<br><br>ALLISA EMMEL, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02822-GJL<br><br>STIPULATED MOTION AND ~~[PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>October 9, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until March 1, 2027.

Plaintiffs filed their Complaint on August 8, 2026. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint is due on October 13, 2026. The Parties have agreed to extend the deadline until March 1, 2027. This extension is necessary because Defendants have recently issued a Request for Evidence (RFE) and are awaiting Plaintiffs' responses. Once those are received, Defendants will need additional time to review those materials. Therefore, the Parties



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

submit there is good cause for a brief extension of Defendants' time to respond to the complaint and have stipulated to extend that deadline until March 1, 2027.

**SO STIPULATED.**

DATED this 9th day of October, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 130 words, in compliance with the Local Civil Rules.

*s/ Fredrick W. Voigtmann*
FREDRICK W. VOIGTMANN, Pro Hac Vice
LAW OFFICE OF FRED VOIGTMANN
21700 Oxnard Street, Suite 730
Woodland Hills, CA 91367
Phone: 818-887-7839
Email: fred@igvlaw.com

*s/ Jennifer Nimer*
JENNIFER NIMER, WSBA No. 61962
NIMER LAW LLC
450 Alaskan Way S, Suite 200
Seattle, Washington 98104
Phone: 614-927-0550
Fax: 614-927-0270
Email: jnimer@nimerlaw.com

*Attorneys for Plaintiff*

**~~[PROPOSED]~~ ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by March 1, 2027.

DATED this 19th day of October, 2026.

TANA LIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970