The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUWAT SUWANSATHIT,<br><br>Plaintiff,<br><br>v.<br><br>ALLISA EMMEL, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02822-TL<br><br>STIPULATED MOTION TO STRIKE INITIAL DEADLINES AND ~~[PROPOSED]~~ ORDER<br><br>Noted for Consideration: November 19, 2026 |

**JOINT STIPULATION**

The Parties jointly stipulate and move the Court to strike the initial deadlines set forth in the Court's November 18, 2026 Order, Dkt. 12. A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

Here, the Court granted the parties' motion to reset Defendants' answer deadline to March 1, 2027. Dkt. 10. Defendants are continuing to work on reviewing and potentially adjudicating Plaintiff's petition for immigration benefits prior to that March 1, 2027, deadline. Accordingly, it would preserve the resources of the parties and the Court if these current deadlines



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

were stricken. The parties will submit a joint status report after March 1, 2027, proposing new deadlines, if needed.

For the reasons set forth above, the parties believe that there is good cause to strike the current deadlines and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 19th day of November, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 170 words, in compliance with the Local Civil Rules.

*s/ Fredrick W. Voigtmann*
FREDRICK W. VOIGTMANN, Pro Hac Vice
LAW OFFICE OF FRED VOIGTMANN
21700 Oxnard Street, Suite 730
Woodland Hills, CA 91367
Phone: 818-887-7839
Email: fred@igvlaw.com

*s/ Jennifer Nimer*
JENNIFER NIMER, WSBA No. 61962
NIMER LAW LLC
450 Alaskan Way S, Suite 200
Seattle, Washington 98104
Phone: 614-927-0550
Fax: 614-927-0270
Email: jnimer@nimerlaw.com

*Attorneys for Plaintiff*

## ~~[PROPOSED]~~ ORDER

It is hereby ORDERED that the parties' motion is GRANTED.

DATED this 24th day of November, 2026.

Tana Lin
United States District Judge